**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | | | |
|---|---|---|---|
| In re:  Christian T. Tubene | * | Case No. 24-18611 NVA |
| Debtor | * | Chapter 13 |

---

**ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM
NUMBER 10-3 AS FILED BY FOUNDATION FINANCE COMPANY, LLC;
JEFFERSON CAPITAL SYSTEMS, LLC ASSIGNEE**

UPON CONSIDERATION of Debtor's Objection to Proof of Claim Number 10-3 filed by Foundation Finance Company, LLC; Jefferson Capital Systems, LLC Assignee, and any response thereto, if any, it is, by the United States Bankruptcy Court for the District of Maryland, Baltimore Division hereby:

**ORDERED**, that Debtor's Objection to Proof of Claim Number 10-3 is hereby SUSTAINED; and it is further

**ORDERED**, Proof of Claim Number 10-3 filed by Foundation Finance Company, LLC; Jefferson Capital Systems, LLC Assignee is hereby DISALLOWED as a secured claim; and it is further

**ORDERED**, Proof of Claim Number 10-3 filed by Foundation Finance Company, LLC; Jefferson Capital Systems, LLC Assignee is hereby ALLOWED as a general unsecured claim in the amount of $9,919.90.

cc:
Debtor
Debtor's Counsel
Case Trustee
US Trustee
All Creditors and Parties on Matrix

**END OF ORDER**